NOTICE OF APPEARANCE IN A CRIMINAL CASE

## CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C.  20001

UNITED STATES OF AMERICA

vs.                                                        Criminal Number  1:21-mj-216

ADAM HONEYCUTT
        (Defendant)

TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA        ☒ RETAINED        ☐ FEDERAL PUBLIC DEFENDER

/s/ Ira D. Karmelin
(Signature)

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Ira D. Karmelin, Bar No.: 43889
(Attorney & Bar ID Number)

Ira D. Karmelin, Attorney and Counselor at Law
(Firm Name)

3897 N. Haverhill Rd. Suite 127
(Street Address)

West Palm Beach, Florida 33417
(City)        (State)        (Zip)

561-683-6141
(Telephone Number)