# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

        PLAINTIFF,

v.

ADAM HONEYCUTT

        DEFENDANT.
_____/

Case No. 1:21-mj-216
Mag. Judge: Zia M. Faruqui

## NOTICE OF APPEARANCE

The undersigned counsel, L. Lee Lockett, files this Notice of Appearance in the above referenced case to appear as counsel for ADAM HONEY CUTT, in the United States District Court, the District of Columbia.

        **L. LEE LOCKETT**

        <u>/s/ L. Lee Lockett</u>
        **L. LEE LOCKETT**
        Florida Bar No.: 0128120
        1548 The Greens Way, Suite 2
        Jacksonville Beach, Florida 32250
        904-858-9818
        Attorney for Defendant
        Email: lee@lockettlaw.net

I hereby certify that on February 25th, 2021 I electronically filed the foregoing with the Clerk of Court by email dcd_cmecf_cr@dcd.uscourts.gov. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic filing.

Dated:  February 25, 2021        /s/ L. Lee Lockett
                                                          L. Lee Lockett
*Counsel for Defendant*