# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 21-216 |
| | : | |
| ADAM AVERY HONEYCUTT, | : | VIOLATION: |
| | : | |
| Defendant. | : | 40 U.S.C. § 5104(e)(2)(G) |
| | : | (Parading, Demonstrating, or Picketing in |
| | : | a Capitol Building) |

## INFORMATION

The United States Attorney hereby charges that:

## COUNT ONE

On or about January 6, 2021, in the District of Columbia, ADAM AVERY HONEYCUTT willfully and knowingly paraded, demonstrated, and picketed in any United States Capitol Building.

(**Parading, Demonstrating, or Picketing in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(G))

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 415793

By:   /s/ Kondi J. Kleinman
KONDI J. KLEINMAN
Assistant United States Attorney
California Bar No. 241277
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-6887
Kondi.Kleinman2@usdoj.gov

Dated: February 11, 2022