UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**ADAM AVERY HONEYCUTT,**<br>            **Defendant.** | )<br>)<br>)  **CRIMINAL CASE NO.: 22-CR-50 (CJN)**<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Comes now the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that in the above-captioned matter, Brian Morgan notes his appearance, as attorney for the Government.

           MATTEW M. GRAVES
           UNITED STATES ATTORNEY
           D.C. Bar Number 481052

  By:  /s/ *Brian Morgan*
       BRIAN MORGAN
       Trial Attorney
       NY Bar No. 4276804
       Criminal Division, U.S. Department of Justice
       1301 New York Avenue NW
       Washington, D.C. 20530
       Office: 202-305-3717
       Brian.Morgan@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE OF APPEARANCE was filed on this 29th day April 2022, and that a copy will be served on the following, via ECF:

*Counsel for Defendant*
Lee Lockett, Esq.