UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> v. </br></br> ADAM AVERY HONEYCUTT, </br> Defendant. | ) </br> ) </br> ) CRIMINAL CASE NO.: 22-CR-50 (CJN) </br> ) </br> ) </br> ) </br> ) </br> ) |

### GOVERNMENT'S NOTICE OF FILING OF VIDEOS
### PURUSANT TO LOCAL CRIMINAL RULE 49

The United States of America, through the undersigned, hereby gives this notice pursuant to Local Criminal Rule 49, of the following videos that were provided to the Court and defense counsel on April 29, 2022, via email, relating to the sentencing hearing scheduled for May 4, 2022. As video clips, they are not in a format that readily permits electronic filing on CM/ECF.

The videos are as follows:

1. A file entitled "Exhibit 1 - status_updates_4185884951438991," which is a video taken from the South side of the Lower West Terrace of the United States Capitol. Other rioters near Honeycutt discuss going into the Capitol Building to "tell them who won this election." Honeycutt can be heard saying, "looks like tear gas." Honeycutt posted this video to Facebook.

2. A file entitled "Exhibit 2 - status_updates_4186051894755630," which is a video taken from the South side of the Upper West Terrace. Other rioters can be heard yelling at the police. One rioter yells, "Is this what you signed up for, you communist cowards?" A cloud of red smoke can be seen. Honeycutt says, "I can taste the pepper spray." Honeycutt posted this video to Facebook.

3. A file entitled "Exhibit 3 - status_updates_4186050788089074," which is a video taken from the top of the inauguration bleachers on the South side above the Lower West Terrace. A group of police can be seen in front of the House Wing of the Capitol. Honeycutt says, "That's where all the cops are hiding!" Other police appear to be blocking rioters from accessing the Upper West Terrace. Honeycutt says, "It's about to go down!" Honeycutt posted this video to Facebook.

4. A file entitled "Exhibit 4 - videos_4186069161420570," which is a video showing the inside of Senate Mezzanine Conference Room 2, where destroyed property is strewn on the floor and a table is overturned. Other rioters mill about. Honeycutt says "Well, made it in." Honeycutt looks at the camera, grinning, and sticks out his tongue. Honeycutt posted this video to Facebook.

5. A file entitled "Exhibit 5 - Honeycutt leaving Capitol Building5," which is a video that shows Honeycutt exiting from the broken window of Senate Mezzanine Conference Room 2. Prior to Honeycutt exiting, other rioters can be seen passing wooden furniture out of the window. The camera pans to the standoff between rioters and police officers in the Tunnel and other parts of the Lower West Terrace and Upper West Terrace. Numerous rioters can be heard yelling at the police. A rioter attempts to smash a window of SMCR-2 with a baseball bat, while Honeycutt emerges from an adjacent window.

6. A file entitled "Exhibit 6 - LWT Tunnel wooden beam," which is a video that shows a long wooden beam being passed through the crowd on the Lower West Terrace toward the Tunnel. Honeycutt can be seen reaching up to assist in passing the beam toward the Tunnel for approximately five seconds.

If the Court accepts these proposed video exhibits into evidence, the United States takes the position that the entered exhibits should be released to the public.

                                      Respectfully submitted,

                                      MATTEW M. GRAVES
                                      UNITED STATES ATTORNEY
                                      D.C. Bar Number 481052

By:    /s/ *Brian Morgan*
                  BRIAN MORGAN
                  Trial Attorney
                  NY Bar No. 4276804
                  Criminal Division, U.S. Department of Justice
                  1301 New York Avenue NW
                  Washington, D.C.  20530
                  Office: 202-305-3717
                  Brian.Morgan@usdoj.gov