## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

**vs.**                                    **Case No.: 1:22-cr-050**

**ADAM AVERY HONEYCUTT**
       **Defendant,**

---

### SENTENCING  MEMORANDUM

The Defendant, **ADAM AVERY HONEYCUTT**, by and through the undersigned attorney, files this sentencing memorandum to support his request that the Court sentence him to the time he has already served.

Adam Honeycutt, a father of three, made a decision to be a part of history, not infamy. In believing that January the 6th would become a "historical moment", Mr. Honeycutt flew to Washington with innocuous hopes of peacefully expressing his beliefs. He never planned to storm the capitol that day or to harm anything or anyone. Others did however. And that's where Mr. Honeycutt's saga began. That one moment changed his life.

Because Mr. Honeycutt did not plan, coordinate or act violently that

day, he was charged with the petty misdemeanor offense of Parading, Demonstrating, or Picketing in a Capitol Building, in violation of 40 USC Sec. 5104(e)(2)(G). Among the hundreds charged in connection with the events of January 6, 2021, he is among the least culpable. There is no evidence he intended to enter the Capitol before he arrived in Washington, D.C. He did not engage the police, and, while inside, he did not steal or damage any property. Mr. Honeycutt was not aware of any plan to enter the Capitol unlawfully as he followed the crowd.  Mr. Honeycutt was not among those that initiated the raid by kicking in doors and busting windows. Nor was he among those who vandalized the inside or chased police through the Capitol corridors.

Out of respect to our nation's institutions, we won't label him a "spectator" to these horrible events that dealt the country a black eye. But it is admittedly difficult to find a more appropriate analogy.  Just as spectators to a sporting event take pictures, watch in amazement and sometimes storm the field afterwards, Mr. Honeycutt acted in a similar fashion. But while on the proverbial "field", he didn't tear down any goal posts, punch anyone or deface buildings. What he did was wrong and he's ashamed. While there's no doubt as to his unlawful actions in parading though a closed Capitol

building, what he did does not warrant the maximum sentence as the Probation officer recommends. In justifying their harsh recommendation, one that far exceeds the typical sentence for the hundreds of other similarly charged individuals, the probation officer cites the social media posts that somehow were meant to "glamorize" his presence there as if this was some novel act not seen in other cases. To the contrary. The vast majority of these cases involve the discovery of social media posts, or cell phone videos that led to hundreds of arrests.

Because of his poor judgment in entering the Capitol, Mr. Honeycutt has paid twice. Not only was he charged with this offense, but he was also charged with gun and drug charges stemming from his arrest for the capitol case. After Mr. Honeycutt's efforts to voluntarily surrender himself for the Capitol offense were thwarted by the FBI's decision to instead show up at his house un-announced on February 11, 2021, he was found in his house with a small amount of marijuana in the vicinity of firearms. Luck isn't something Mr. Honeycutt is used to. While some might argue his lack of luck is self-induced, there's no denying that the fact that had Trump's speech not gone the way it did and had the mob not hatched that haphazard plan to storm the capitol, Mr. Honeycutt would be at home now in Orange

Park, Florida with his family and working to support them. Instead, he has been incarcerated since February 11, 2021 and suffered a felony conviction. No, he is not an innocent bystander in all of this. But these points, we believe, offer a very important perspective of how we got here. The probation department spent quite a bit of time discussing his prior misdemeanor convictions in support of its recommendation. One such prior was a citation for Driving While License Suspended from twenty years ago. Another entry they cite was from 2011 involving another low-level misdemeanor offense, Disorderly conduct. Yet these old minor offenses are what the probation officer relied on in claiming that such a sentence would curtail his "continued delinquent behavior".

During the search of his home in February, Mr. Honeycutt did not want his fiancée to get into any kind of trouble. He immediately confessed to the drugs. During this entire time, he has always been ready to accept responsibility for the charges.

There is much to know about Adam Honeycutt, the man.[1] He is a family man and entrepreneur in his community and loved by many people

---

[1]There are numerous letters of support received from family, friends, neighbors, and others indicating their shock at learning of Mr. Honeycutt's arrest and attesting to his good character and helpfulness.

given his heart for serving others. Ultimately his patriotic zeal and desire to support the former president led to some poor decision making while he was at the capitol in January of this year, which led to a search of his family's home. Mr. Honeycutt realized, after the fact, what a detriment his 3-day trip to the capitol has been to his family – including his fiancé, three minor children, and elderly father.

If he could take it all back, he would, but since he cannot, he is focused on becoming a better man because of it all. After all, that is the true story of Adam Honeycutt – a young man who became successful in life and business because of his integrity and reputation in his community.

## MR. ADAM HONEYCUTT

Mr. Honeycutt did not have an easy start in life, which makes his success in life and business all the rarer as compared to so many other cases where poverty and trauma are underlying factors in repetitive criminal behavior. [2]Contrastingly, Mr. Honeycutt has only miniscule interaction with law enforcement in his life. When he was two years old, his late mother (Lisa Jackson) had placed him and his brother in the foster system shortly

---

[2] Although the attached photos and letters were used in the recent case involving his arrest on gun charges referenced herein, they apply naturally here as well and are useful in depicting who he really is.

after separating from their father and winning temporary custody of the boys. Though it is uncertain what his mother's reasons were for the foster care placement, some suspect she had issues with drug addiction. In any case, several months later, Jerry Honeycutt was contacted by social services asking him to step in to avoid his sons' permanent placement with an adoptive family. Single parenthood was tough for him. At the time he took his sons back, he was working for a beer company and renting a room in his coworker's trailer in South Carolina. Affording daycare for the boys made for an even tighter family budget, but he managed somehow. Jerry decided to move back to North Carolina with the boys and rent a home from his sister and divorced the boys' mother. He described his son as a very outgoing child who needed a lot more attention than he was able to give him.

Mr. Honeycutt grew up in the poorest neighborhood in Charlotte, NC. He was picked on a lot by other children and had to learn to fight to defend himself from the neighborhood kids. He stated it was just a matter of "being the poor white kid at a majority black school." His father ran a janitorial business and drove truck to support him and his disabled older brother growing up, and his paternal Aunt Patricia kept an eye on them in his

absence. They went to church regularly early on, and his father instilled the principles of hard work and honesty in him through his daily example.

At about age 10, Mr. Honeycutt and his brother came to the Punta Gorda area to be with their mother for a while. Jerry Honeycutt recalls his son saying to him one day, "I miss my Mommy," and responding with "she loves you," while agreeing to allow Mr. Honeycutt and his brother to visit her for the first time in many years. Jerry Honeycutt did so knowing that his sons would come to understand who their mother was on their own without offering his opinion of her. Several weeks later, Mr. Honeycutt's brother was sent back to his father, while his mother decided she wanted to keep Mr. Honeycutt with her. It was a matter Jerry Honeycutt had to resolve through the courts to get his son back, and a situation where the court recognized that it was in the child Mr. Honeycutt's best interest to remain in the custody of his father. The whole ordeal was very disruptive in a way to everyone involved. Jerry Honeycutt figured that his son got an idea of what life with his mother was like in that experience.

Back in Charlotte, North Carolina, Mr. Honeycutt grew up fast. By age 13 he ran away from home for his first prolonged period and dropped out of school altogether not long after. In 1999, Mr. Honeycutt was 18 years

old. He made the choice to start a new life over in Florida once again after witnessing a gang-related shootout at a trailer where he happened to be at the time of occurrence. There was talk that some of the gang members wanted to get rid of him as a witness, so he got out of town. After settling in Punta Gorda, Mr. Honeycutt reacquainted with his mother and got quick to work in construction and other odd jobs. He was content with whatever he could find and rented a room in a trailer at first. He was well liked by the people with whom he came in contact. In fact, his personality and appearance earned him the nickname, "Bundy," for his resemblance of Bud Bundy from the 90s series, Married with Children. People contacted him to host weekend dance parties, where he charged an admission in exchange for providing music, lights, water, and event security. This was the start of his entrepreneurism. Not long after, Mr. Honeycutt met Beverly Blanding, who showed him the ropes of the bail bonding business. Mr. Honeycutt was a natural in the business. He knew how to talk to people and was a good negotiator.

In August 2008, Mr. Honeycutt started his own bail bond company. "I learned along the way," he said. As he did not yet know all the technicalities of running a business, particularly with bookkeeping and

accounting. By the end of his first year in business, he owed $50,000 in insurance fees for his lack of understanding. But, undeterred by the challenge, Mr. Honeycutt set up a payment plan and got his business back on track after learning a tough lesson. He took his licensure seriously and learned from his mistakes. He is always wanting to become better at business. About a year later, he met the mother of his children, Samantha Corwin, through a mutual friend, and they began dating occasionally. For years they did not see one another much given that Ms. Corwin was going to school full-time and working night shift as a bar tender, while Mr. Honeycutt worked his business 7 days a week.

Though they were both individually determined to succeed in their own lives, Mr. Honeycutt and Ms. Corwin were also attracted to this attribute in one another. Mr. Honeycutt has a good sense of humor and would take Ms. Corwin on beach dates when he could. In 2013, they welcomed their oldest daughter, with their second daughter arriving shortly thereafter in 2014. Around this time, Mr. Honeycutt's father, Jerry, came down to see if he liked the Florida life. He helped Mr. Honeycutt run a pawnshop that he had opened next door to his bail bonds company. It worked out well. Ms. Corwin said that Mr. Honeycutt was always trying to

diversify his business options, and he also ran a landscaping company for a few years. Mr. Honeycutt, although he lived in the same town as his mother, they never became close.

As the girls neared school age, Ms. Corwin purchased a home in Orange Park to take advantage of the great public schools in the Oakleaf area. While it served the purpose of getting the girls in a good school, it was also a big sacrifice for the family as Mr. Honeycutt was constantly on the road to run his business back and forth between Jacksonville and Punta Gorda during the week. In the meantime, Ms. Corwin opened her own bail bond company in Jacksonville, and gave birth to a son in 2019. The couple hope to open a retail business in the Jacksonville area in the near future and add employees to allow them more time to raise their children. Mr. Honeycutt longs to raise his children in a farm or rural setting and teach them practical lessons. He wants to learn to weld and use that skill to supplement the family businesses.

### SERIOUSNESS OF THE OFFENSE, PROMOTE RESPECT FOR THE LAW, AND PROVIDE JUST PUNISHMENT

Federal sentencing law generally asks a court to consider retribution, deterrence, incapacitation, and rehabilitation. Retribution

imposes punishment based on moral culpability, whereas deterrence, incapacitation, and rehabilitation are directed towards society's future security.

The events of January 6, 2021 encompass a wide range of conduct. The Department of Justice has alleged that some individuals traveled to Washington, D.C. with the intent of entering the Capitol Building, individuals can be seen assaulting officers on bodycam and closed-circuit camera footage. Some individuals are alleged to have made statements about searching for or threatening the Vice President and members of Congress. Mr. Honeycutt did not do any of these things. He was literally in the wrong place at the wrong time. He followed the crowd into the Capitol Building and then left without hurting anyone or destroying anything.

A sentence of incarceration is not necessary to protect the public or promote deterrence. The Department of Justice has conducted research that has established that "[t]he certainty of being caught is a vastly more powerful deterrent than the punishment." (National Institute of Justice, Five Things About Deterrence). The fact that the Department of Justice has engaged in a nationwide investigation to track down and prosecute everyone who entered the Capitol Building on January 6, 2021 is the most powerful

deterrent to similar future conduct by Mr. Honeycutt or others who are following the events of January 6. As the National Institute of Justice research demonstrates, Mr. Honeycutt's prosecution, not his sentence, will deter others from engaging in similar behavior.

In other cases of this nature, the Government has sought a split sentence of incarceration and probation. Such a sentence is not authorized by 18 U.S.C. § 3551(b), which provides for the imposition of a sentence of incarceration or probation, but not both. This issue was addressed by Judge Colleen Kollar-Kotelly in *United States v. Spencer*, Criminal No. 21-0147-02, Memorandum Opinion and Order, ECF No. 70. Relying on the plain language in of § 3551, the Judge Kollar-Kotelly found that a split sentence was not authorized.

A review of a database of January 6 defendants shows that to date the Department of Justice has initiated prosecution against 726 people. Of these 89 have been sentenced and 24 have been sentenced to probation without home confinement or other custody.   Given Mr. Honeycutt's relative culpability among these defendants, a time served sentence is appropriate

and would not create an unwarranted disparity.[3]

## CONCLUSION

In reflection of the meaning of his arrest and current detention, Mr. Honeycutt stated that the reason for it all was to "slow me down" enough so that he could truly understand what is important to him in his life, and to finally "read the bible." Jerry Honeycutt is proud of the man his son has become despite the setback of his poor decision making. Mr. Honeycutt has always been a "go-getter" according to his father. The fact that he grew up "so poor that the people on welfare laughed at him" made his drive to succeed all the greater. One of the main principles Mr. Honeycutt learned from his early years in church was to serve others, his father said, "it always stuck with him." And as the outpouring of support in the letters from family suggests, Mr. Honeycutt is absolutely a man who serves his community in any way he can.

In hindsight, Mr. Honeycutt is regretful of his decision to attend the January 6 rally at the capitol earlier in the year. Of course, had he put his guns in storage as he had planned, perhaps this whole mess wouldn't have

---

[3] The Probation Department may have more up to date or accurate numbers relative to the number of defendants sentenced and the sentences received. However, even if the database referenced in this memorandum is missing a few individual sentences, the fact remains that over one fourth of defendants have received probationary sentences without a home confinement requirement.

happened. He never wanted for the ATF agents to storm his house and disrupt his family's life. Samantha Corwin remains traumatized by the event, where agents with machine guns entered the home and cordoned her and the children off in a corner of the home as they searched. She realized the effect it was having on her children when her oldest child asked her if her father was "dead." She never expected her husband's patriotism would lead to the raiding of their family home. It was a total shock to her, yet she remains committed to him and supports him in getting through this. Mr. Honeycutt is determined to put this experience behind him and become a stronger man for his family. He prays that the court will consider the totality of his life when fashioning a sentence of the least restrictive nature possible to satisfy the purposes of sentencing. Defense suggests that a sentence of time served. Mr. Honeycutt has been in custody continuously since February 24, 2021 and has had the additional hardship of prolonged transports from McClenny to Washington, DC in during the pandemic. While in transit, Mr. Honeycutt was assaulted by another inmate while using the phone at the Grady County Jail in Oklahoma.  The inmate struck him on the back of the head causing Mr. Honeycutt to hit his head on the ground and suffer dizziness and a black eye. While he suspected he may have had a

concussion, this has never been confirmed medically. Also, while detained at

the Baker County Jail, Mr. Honeycutt tested positive for Covid-19 and was

placed on restrictive quarantine for 14 days while he recovered.  Arguably,

the time that Mr. Honeycutt has served since his arrest has been some of the

longest, hardest days of his life.

     Dated:     April 29, 2022

                      /s/ L. Lee Lockett _____
                      **L. LEE LOCKETT, ESQUIRE**
                      Florida Bar No.: 0128120
                      1548 The Greens Way, Suite 2
                      Jacksonville Beach, Florida 32250
                      904-858-9818
                      Attorney for Defendant
                      Email: lee@lockettlaw.net

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 29th day of April 2022, I electronically filed the foregoing with the Clerk of the Court which will send a notice of electronic filing to the following: Kondi Kleinman, Assistant U. S. Attorney.

                      *s/ Lee Lockett*
                      Lee Lockett

Your Honor, I'm writing you as a humbled man. Very different than the man I was at the time of my arrest. With so much time for self reflection I admit I'm embarraced by the man I was. Selfish, complacent, vain, and down right foolish. In no small way, I'm grateful for who I've become. I know now how my mistakes not only led me to this, but also kept me from being a better father to my three amazing children, a better husban to my wife that I'm constantly wondering how I got so lucky to have. And even a better son to my father who lives with us, and raised me better than I've lived up to. These five people are my victims. My children need their father and I've put myself in jail. My wife now has to work and raise our three children. And my father is alone in his battle against cancer. (His second battle) I can never make up for what I've done to my family. But I promised them that I will never put us in this situation again. I will not fail them again. I absolutly failed them in the many ways that led me to your court. I took my freedom for granted, and by doing so I took my family for granted. We are as strong as ever. But that means they are doing this time with me. I can never forgive myself for this. That also means we still have a wonderful future together. Samantha is opening another business for me to run. So although my career in Bail is over, I can and will still be a productive member of society. I've learned my lesson and it comforts me to know I will never again give a chance to be removed from what matters most. My beloved family. I beg you to show us mercy. My family needs me. And I desperatly need them.

# Samantha Corwin

3914 Pebble Brooke Cir S
Orange Park, FL. 32065
941-286-7007

The Honorable Judge Harvey E. Schlesinger
U.S. District Court, Middle District of Florida
300 North Hogan Street
Jacksonville, FL 32202

July 20th, 2021

Dear Judge Schlesinger,

The purpose of this letter is to share insight with the court regarding Adam Honeycutt in hope that it will assist you in his upcoming sentencing hearing. To begin with, I would like to briefly introduce myself and my background. My name is Samantha Corwin, I am 31 years old, and have been a resident of Orange Park for 3 years now. Previously I was born in Charlotte County FL, which is where I became acquainted with Mr. Honeycutt. I was raised by a single mother in a lower middle-class family, and despite financial hardship I continued to graduate top of my class with honors in both high school and college. After obtaining my bachelor's degree in business management from the University of South Florida in 2013, I joined Mr. Honeycutt in his endeavors and became a bail bond agent. I now successfully own and operate two bail bond agency locations. Although I take great pride in my career, the most important part of my life is being the mother of Mr. Honeycutt and I's three beautiful children. We were blessed with two girls ages 7 and 8, and a little boy who just turned 2.

When I became aware of Mr. Honeycutt's federal charge I was in disbelief. I have always known him to be hard working, career oriented, a compassionate friend, and a loving father. It was a shock that he had jeopardized all that I know he had worked toward in his life. However, I was not surprised by the fact that he plead guilty to this charge, as I also know him as someone who takes responsibility for his actions, who is exceptionally honest, and capable of self-improvement.

Mr. Honeycutt and I met through mutual friends a little over 10 years ago when I was first starting out in college. He had overcome a similar childhood as I had being raised by a single parent in less than ideal financial situations. We shared many philosophies and goals, and I was drawn to his entrepreneurial spirit, determination, humor, and kindhearted nature. At one point early in my schooling I was laid off from my job and was facing a really hard time maintaining my vehicle and affording gas to get to and from my university 45 minutes away. Mr. Honeycutt became aware of my plight and referred me to a new place of employment, in which I was hired and was able to resume my classes. Since then, I have witnessed him do countless charitable acts for others just as he did for me. Every Christmas he sponsors a family in need. Donates a ham, dinner sides, and gift cards so the family can buy gifts for their children. Whenever there is a tragedy in the community, he always steps up to collect donations and donate himself. There is at least a dozen of his friend's kids who call him "uncle." They all see him as a mentor, and I have always been so impressed by how well he connects with young minds and steers them to make good decisions. I've witnessed him offer up his home to friends

who fell on bad times, provide food for them, and give them odd jobs to do until they got back on their feet. He's given people chances when no one else would and encouraged them to do better for themselves and their families. He's touched a lot of people's lives. One example that stands out for me involved my younger sister Elizabeth. She was battling alcoholism and reached out to Mr. Honeycutt for help. He moved her into his home, paid her fees for her nursing school, encouraged her to exercise, and mentored her to do what was best for her child and her health. Now she is a successful registered nurse living in a beautiful home, and no longer engages in the reckless behavior that once made me fear for her life.

The most important characteristic I believe you should know about Mr. Honeycutt is his devotion to his family. I've witnessed him support both his brother and father for many years. His brother Matt has severe Crohn's disease and is unable to work, and Adam always made sure he has a vehicle and gas to get to his doctor's appointments and a place to live. He also cares for his elderly father who has recently battled cancer and has ongoing medical conditions. Mr. Honeycutt drives him to his many doctor's appointments and ensures that he has the funds to cover his medical expenses. Adam is a loving father as well. Up until his incarceration not a day went by that he didn't spend time with his children. He is the kind of dad that never misses "Donuts with Dad Day" and goes to all the award ceremonies. He brings them to the bookfairs and participates in all the parent activities at their school. He was always so supportive when I was pregnant and when the kids were infants. We would take turns getting up in the middle of the night, he helped change diapers, and brought me water and snacks when I was breastfeeding. He did it all and always made sure I knew that I was appreciated. When I would be exhausted from all the sleepless nights and cleaning, he would offer to take the kids on a bike ride to the park just give me a break. The kids adore their father, and he really is one of the great ones. Mr. Honeycutt is our family's rock, our provider, and our comfort. We are all struggling without him and miss him dearly.

To conclude, I would just like to say that I'm aware that Adam made a huge mistake, and this charge is very serious. Despite his criminal conduct Mr. Honeycutt exemplifies numerous qualities of a good person, and productive charitable member of society. I have the upmost confidence that he will learn and grow from this situation, and become a better person, father, son, and partner. Thank you for taking the time to consider my testimony.

Samantha Corwin





To whom it may concern, hello my name is Samuel Centanne. I am an air conditioning technician that lives in Port Charlotte Florida. I've known Adam for approximately twenty-three years. Since I've known Adam he's always been a person who has set goals and accomplished them. He came from nowhere and made something of himself. He has also committed his life to his beautiful children and helping others whenever he could if that person was willing to help themselves first. My children call Adam Uncle and for good reason. When I was making bad decisions and choices he always tried to be a positive influence on my children who he had no obligation to look out for. He did it out of the love he has for my kids. Adams heart is gold and so is his advice. He also tries to steer people in the right direction no matter their past. His family needs his guidance and wisdom in their lives and it would be terrible to remove this outstanding father from his children's lives when he is most needed. That he has admitted his guilt only shows that much more what kind of man he is. He is honestly the single most person that I am proud to know. Though he is younger than myself he is someone I look up to and someone in which I would and have trusted my children's lives with. Everyone makes mistakes and nobody is perfect and Adam has most definitely made more decisions to better himself and to help others than he has bad. Please consider what he's done good when you consider any mistakes he may have made. I know the most of all his children need him in their lives. Also I know that he is missing them being a part of his.

Sincerely,

Samuel Centanne

941-276-9711

# Crystal S.

## Random Community
## Advocate

—

**Crystal Stone**
22497 Glen Avenue
Punta Gorda, FL 33980
941.237.7889
crystal.infinityinc@gmail.com

11th of July, 2021

**Judge Harvey E. Schlesinger**
US District Court, Middle District of Florida
300 North Hogan Street
Jacksonville, FL 32202

To whomever it may concern:

I am writing this letter in regards to Adam Honeycutt. I do alot of community outreach in Charlotte County to help families in need. Adam has been a true hero to many families in need here, most recently this past Christmas. As a mom of 3 children and grandmother to 1.. I had my hands full. I faced a dilemma when my children brought 3 friends aged 13, 15, and 16 that were siblings over to my home for the holidays. Their father passed away, and their only parent left was their mother who was a struggling drug addict that left her children to fend for themselves. I made a post online seeking help from the community so that I could provide these children a real holiday that was family oriented.

The first person to reach out was Adam, with no hesitation he wrote a substantial check. I was then able to have cash that allowed me to purchase an ample amount of gifts, including but not limited to necessity items for the children. I also paid for the children to get haircuts for the first time in many many years. The smile on their faces were absolutely priceless, and beyond heartwarming. We each shed many tears that day, and we were very appreciative of his kind gesture.

But, he didn't stop there. When I had the children reach out via a phone call to thank Adam, their secret santa, he offered to be a "big brother" to these children and encouraged them. Coaching them to focus on their education and be the best version of themselves possible. To give them some incentive and extra push, he told each child that when he sees progression in school, with passing grades, he would pay for their driving course and permit when of age. He went as far as to promise to donate to them their very first car, as long as they stayed focused on things they needed to.

Adam gave these children **hope**, expecting nothing in return besides for those kids to stay strong, positive, focused in school, and to always try to make the right choices. They knew after meeting him, not all people out there will disappoint or hurt you. He is such a selfless person, someone that is constantly helping families in need. Even the year prior to this, Adam had publicly offered to sponsor families in need for Thanksgiving and Christmas, in which case he did.

Adam is a father of 3 beautiful children who absolutely *adore* him. I had the pleasure of personally seeing the interactions with him and his children. His life was as a family man, his children were always engaged in family activities, and taught love and compassion. If you had the opportunity to see just how special the relationship is between Adam and his children, I think you would understand more about the *true* loving, and compassionate person he is. This community can vouch for the impact he made anytime you simply mention his name, and that speaks in volume.

With permission of the children he assisted in Christmas of 2020, I will be attaching photos of them, hopefully the reaction of these children will help influence your judgement of this man. I also want to thank you for your time.

Sincerely,

Crystal S.




Before
&
After!
haircut!



Before
&
After
haircut!

greatful and surprised !





❤ 1                                                    2 Comments

👍 Like          💬 Comment          ➢ Share



greatful and surprised !





the Day Kids were Presented !

Debra  Butler (Honeycutt)

4436 Hunter Rhyne Rd.

Lincolnton NC 28092

June 8th, 2021

The Honorable Judge Harvey E. Schlesinger

U.S. District Court, Middle District of Florida

300 North Hogan Street

Jacksonville, FL 32202

Your Honor:

I am writing to you to urge leniency on behalf of my cousin Adam Honeycutt. Adam is the father of three small children, two girls and son who mean the world to him. Adam had recently reached out to me personally before he got into trouble about the prices of real estate in my area specifically looking for land to build a small farm on. Adam was seeking to start a new life for his family, a simple life going back to the basics of raising and growing their own food.  Adam is a wonderful father to his children and I cannot express enough how much it is hurting him having been separated from his family for these past few months.

Adam has always been willing to lend a hand whenever anyone was in need. He is the type of person who would give you the shirt off his own back if you were in need.

Adam was raised in a single parent home and knows the pain of not having both parents around. His dad, my uncle, raised him alone. Adam's children need their father and he needs them. Their bond is so strong it is something I have admired over the past few years.

I am a nurse employed for the last nine years at a mental health and substance abuse facility in Concord NC and have witnessed the damage caused by broken families and really concerned for Adam's children sake . My cousin has expressed so much regret of his actions and the possible consequences that it may have upon his children being separated from them any longer than he already has. I am pleading with you, Your Honor to have mercy on Adam and consider the time he has been in jail. Thank you for taking the time to read this letter and know that any decision you make will be respected.

Sincerely,

Debra Butler, LPN.

June 19, 2021

The Honorable Judge Harvey E. Schlesinger
U.S. District Court, Middle District of Florida
300 North Hogan Street
Jacksonville, FL   32202

Dear Judge Schlesinger:

I am a 65-year-old retired elementary school teacher living in Tampa, FL raising two of my grandchildren, ages 12 and 13.  I am writing this letter to provide the court with additional information about Mr. Honeycutt which I hope will be of help to you in his upcoming sentencing.  I am aware that Mr. Honeycutt pleaded guilty to a federal charge, and I was stunned when I received the news knowing him the way I do.  I have always known him to be a law-abiding citizen, an asset to the community, and a friend in time of need.

I have known Adam Honeycutt for 20 years.  He lived around the corner from me.  I first became aware of Adam when I would see him go flying past my house on a skateboard pulled by an enthusiastic dog and felt like I was watching a circus act.   He was a friend of my children and later provided bail bond services to my troubled son.

I served on the Policy Council of our local Early Head Start and Head Start Program housed at Baker Center in Punta Gorda, Florida.  We held a Santa's Secret Workshop event every year to buy toys for every child in our school.  Mr. Honeycutt always donated generously to this program.  He was known for helping people who were "down on their luck" to get back on their feet by providing temporary housing in his own home, helping them to find employment, and as a bondsman, he allowed clients who were at a disadvantage to make whatever payments they could as they were able.  He had a program for helping families whose names were submitted by the community to receive gift cards at Christmas.

On a personal note, I had a hit and run occur to my new car in a parking lot while I was grocery shopping causing a sizeable dent.  Mr. Honeycutt fixed the dent for free refusing to take any compensation, thus saving me an insurance claim.

I have always known Adam to care about other people and go out of his way to help them which had a positive impact on the community.

Sincerely,

*Debra M. Thompson*

Debra M. Thompson

7/22/2021

Iris Soto

9569 Toyon ave

Fontana CA 92335

The Honarable Judge Marria Morales Howard

US District Court, Middle District of Florida

Jacksonville Division

300 N. Hogan st.

Jacksonville, FL. 32202

I'm writting on behalf of my neice Aida Schwarz. I hope this information will be helpful in Aida's defense.

Aida was born simple or brain damaged. She did not have a chance at life. Her handycap kept her from learning how to read, right, etc. She failed at all her attempts to learn. Her father beat her and called her stupid and he never told her that he loved her.

She may not have good school learning but she has a great love in her heart for family and friends. Aida always kept a clean house, is a great cook, and her children were always protected, well fed and very much loved.

Because of her simpleness, many took advantage of her. She was also abused by her husband and would never leave him for fear of being alone.

I am her aunt. My name is Iris Soto, married 55 years to the same man. I worked as a secretary in N.Y.C. untill I started my family in 1975. And In 1976 we moved to CA. When I and my family lived in N.Y., we would visit and have fun times. We now talk on the phone and keep up with family

1

news.

When I found out that Aida pleaded guilty to a federal charge, I thought my heart would come out of my chest. I have not stopped crying and praying for her. I am full of sorrow and only wish the best for her.

Sincerely, Iris Soto

**The Honorable Judge Harvey E. Schlesinger**

**U.S. District Court, Middle District of Florida**

**300 North Hogan Street**

**Jacksonville, Fl 32202**

**Jacqueline Hammonds**

**13361 Carter Ave**

**Port Charlotte, FL 33981**

7/19/2021

I'm writing this letter to you to provide you with additional information about Mr. Honeycutt in hopes to assist in your decision about his sentence.

My name is Jacqueline Hammonds, formerly (Jacqueline Poisson). I am a 31-year-old Behavioral Therapist from El Jobean, FL. I am also a longtime friend of Adam Honeycutt (almost 20 years), and typically had contact on a daily basis. I have been made aware that Adam has plead guilty to federal charge after being present during the protest at the Capitol building. I am also aware that this crime is a serious matter, and will not be taken lightly. This came as a shock to me because I know Adam to be a patriot, a man that truly loves his country. Being that I was not present that day, I cannot tell you what happened there. What I can be sure of though, is that he feels truly sorry for what he did. Adam is a family man, and he put himself in a position, that because of his actions, led to an undesirable consequence. The guilt of not being there for his family, especially at a time like this must feel like torture. He is the main breadwinner for his beautiful little family and runs multiple businesses. Adam has always reached his hand out to help others, even when he wasn't ok himself. He has done a lot for his community, especially around the holidays. He has collected donations for needy families, and even gave out turkeys for thanksgiving to those who couldn't afford it. When I was about 19, I went through a really bad break up, and ended up moving back home with my mother. I lost my job and my car. Adam was there to help me by giving me a job, and even providing transportation to said job until I was able to get back on my feet. He truly is a one-of-a-kind person. He made a huge mistake, he knows this. I know that if he is given the opportunity to be back with his family, he'll never do another thing to be away from them again. He is an amazing husband, father, and friend. Your honor, I miss my friend. I hope my little bit of information can benefit Adam. Thank you for your time and consideration.

Respectably,

Jacqueline Hammonds (941)-623-7557

**KiARA CRONIN**
3299 Emerald Lane
North Port, FL 34268
(941)307-4693
88023940kc@gmail.com

**9th, July 2021**

**The Honorable Judge Harvey E. Schlesinger**
US District Court, Middle District of Florida
300 North Hogan Street
Jacksonville, FL 32202

Judge,

      Today I am writing to you in hopes of understanding the man, Adam Honeycutt, that we all know, love, and appreciate. When you are finished reading this letter, I ask that you please consider this at his hearing. My name is Kiara, and I am a family friend to Adam. I am 20 years old, currently a stay at home mother in college. I graduated at 16 years old with multiple state certifications in Childcare while working 2 jobs. I saw recently that he had been arrested, and has pleaded guilty to his charge... This for me is heart aching. I know that a criminal deserves punishment. I understand the way law works, and consequences are to be served. I just wonder to what extent?

      My father left when I was a small child, and my mother struggled to raise me alone. I know I could have been easier on her, but I was hurt that a parent would choose drugs and jail over being there for me. Adam was always like a fun uncle, he never acted like he would fill the void my father left, but he made sure I knew proper values and morale.  Every week he took time to teach me how to drive, go over school topics I struggled with, we would even play chess and talk about random life topics. He taught me how to manage stocks, what it was like as a business owner, and how to have patience as a tool to utilize in adulthood.

      I was and will always be envious of this man's knowledge, basic life etiquette, and the way he would strive for us kids to be successful. I hope to raise my son with these values, and for him to be successful as well. I helped watch his kids during the summer, and I really enjoyed my time with them. People often take the smallest things for granted, and I wish I would have taken more opportunities to drive up to Jacksonville and visit everyone, to be the sponge he wanted me to be and absorb all the life skills shared.

      I know that writing does not do him justice when trying to put the impact he has made on my life into words. But, when things fell apart for me.. I always knew that he would be there. If he wasn't giving me a nudge each time I made a stupid choice, I know I wouldn't have found the will to continue my education and get a job worth having. Sometimes all I needed was

some brutal honesty, and someone who would listen, there was no one better to ask than Adam. Him being away has been hard, I don't always know where to turn for support. I can never repay him for everything he has done.. But maybe sharing that he has been true, and kind to more people than I can count will be sufficient. Adam has been beyond helpful to the world, keeping troubled kids, and adults, off of the wrong path. Truly an admirable man worth knowing, and befriending. I hope to see him there when I get married, or when my son starts school. I just want him to make a positive impact on more lives, but if he is gone during all of these important milestones, we will be lost without him.

Sincerely,

**Kiara, a genuine friend.**

_Kiara Cronin_

07/09/2021

Dear Judge Schlesinger,

Hello, my name is Kaylei Vuolo and i am 15. Adam Honeycutt is my God father. I understand that he did wrong, I just wanted to tell you about how he influenced me and made the biggest impact in my life. First I wanna start by how he always encouraged me to always stay in school, get good grades and always show any and everyone respect. He always told me to do good and become somebody when I grow up. Adam is the sweetest soul and would do anything for anyone. When my little sister passed away, not only did he donate money so that she could have the service she deserved, he also helped raise more money, and took my mother and bought her something nice to wear. Again I know

he messed up but everyone deserves a second chance. Please find it in your heart to help my God father on getting home to his family. I know his fiance and his 3 loving children miss him and I miss him. I miss his everyday phone calls, I miss his laugh, but most of all I miss his hugs. Thank you for taking the time to read my letter. I truly hope you can see Adam Honeycutt the way I see him. May God Bless you Sir, have a blessed day.

Kaylei Voolo

I have permission from my mom to write this. If you need to contact her, her number is
941-585-2693

Larry J Corbin
1821 blossom, Court
Punta Gorda, FL. 33982
941-249-0117
Corbinvisn@gmail.com
July 10th, 2021

Hon. Harvey E. Schlesinger
Senior Judge, U.S. District Court for the Middle District of Florida
300 North Hogan Street
Jacksonville, FL 32202

Re: Sentencing of Adam A. Honeycutt

Dear Senior Judge Harvey E. Schlesinger

My name is Larry Corbin I am forty years old, I And I have been a resident of Charlotte
County, Florida for most of my life. I run a small business marketing firm here in Punta Gorda,
and I have known Mr. Honeycutt since we were teenagers. Over the years i have had the
pleasure to watch Mr. Honeycutt grow as an entrepreneur, become a consistent provider for
his family, and excel at parenting. I would consider Mr. Honeycutt as a dear friend of mine, and
well regarded in the local community as a person, and business owner.

I acknowledge the fact that Mr. Honeycutt has plead guilty to federal charges and is
awaiting sentencing. I am writing you today, to hopefully give you an inside perspective on how
I view Mr. Honeycutt as person, and how I regard his character and morals. When I think of
Mr. Honeycutt, a lot of different definitions of his character come to mind, to name a few, I
would say ambitious, compassionate, humble and a very positive person to be around, those
are just a couple just off the top of my head. Although he has helped me multiple times during
our friendship, one memory really sticks out and has impacted my life, still to this day. I was
going through hard times and was at a crossroads in my life. I applied for a job i really wanted,
and a little bit of a reach for my skill set. I was not very confident on landing the job, not to
mention I did not have reliable transportation or professional attire. I voiced these concerns
one day over a casual phone conversation I had with Mr. Honeycutt, and I remember him being
very positive, and motivating, trying to build my confidence. I continued to make excuses and
rushed off the phone. The next day Adam showed up to my house with a very nice used suit, a
gently worn pair of dress shoes, 3 dress shirts, and two ties, he also sat me down and told me
he would give me a ride to the interview, and help provide reliable transportation, to and from,
after I got the job. I was confused and jokingly asked him, why the three dress shirts and two
ties for an interview? I will never forget his response. Mr. Honeycutt explained to me that I
cannot wear the same outfit to work every day, he said you can get away with the slacks and
shoes, but you need to change the shirts and ties every day. This sent a very positive message
to me because in his mind he was very confident I would get the job, and he wanted to make

sure I was prepared. I walked into that interview, with my head held high and a renewed mindset, and got the job. Mr. Honeycutt went out of his way to build my confidence, extinguish any excuses I had, and give me the feeling of having someone believing in me. I have excelled over the years in the same industry, provided a stable and happy home for my family and have the pleasure of doing something I really love. Looking back, without Mr. Honeycutt's persistence, compassion and thoughtfulness, I am certain, at that time in my life, I would not have even attempted the interview at all. Afterwards, when I got on my feet and wanted to pay him back for everything, he would not accept it, he said instead, "help someone else when the opportunity comes". Thats the Adam Honeycutt I know, and he has done thoughtful things like this for other people i know personally.

I believe Mr. Honeycutt has a good heart, I know he was raised with good morals and respect for law enforcement as well as the judicial system. I believe he deeply regrets his choices and has learned a valuable lesson through all of this. if giving the chance I am confident he would be a productive and positive member of the local community. I would love to see him come home to his family, he is a great father and prides himself on being a good role model for his children. I know how much he loves his kids and how bad he feels about missing out on so many milestones, because of his poor choices. I hope to put my arm around him one day soon, shake his hand, and maybe even give him a hard time about this mess he got himself into. Thank you for taking the time out of your busy day, to get a glimpse of Mr. Honeycutt as a person, and friend in my perspective.

Sincerely,

7/20/2021

Dear Judge,

This letter is in reguards to my friend Adam Honneycutt. My name is
Roxanne. I am a mother of 2 boys and reside here in Charlotte County, FL. Im
deeply shocked and saddened by the actions Adam has taken. Knowing my friend
Adam now for 20 years, he has been a role model to me and my family by
persuing his career as a bail bondsman. He honestly is a great friend and always
someone I can call to talk too. If i need anything he's always there for us (
meaning me and my children).  I've watched him acheive so much throughout the
time i've known him. Adam has not only helped myself, but alot of other people
while he lived here in Charlotte County, FL. Im aware he has pleaded guilty to
these charges, which is a great thing owning up to his actions. Adam has givin me
a place to stay, help feed my family when in need, transportation when I was
broke down and not to mention someone to call when things just arn't right. He's
always was positive and a loving person and father of 2 beautiful young girls and a
son. This is really heartbreaking to me with what has occured. I hope you take this
letter to heart when considering Adam's sentencing.

Thanks,

Roxanne Boggs

941-623-2164

To Whom this may CONCERN REGARDING
Adam Honeycutt,

My name is Stephanie Frances Strickland
of Englewood Florida. I am professional caregiver
and child educator. I am in the process of starting
my own business and opening a DayCare. Since 2016
I have been an Ordained Minister For our
Community. I am writing on behalf of my dear Friend
Adam in hopes that this letter Finds you well. I have
Known Adam For many years. I watched him grow
into the husband and Father he is today. His
Charges came as a shock to me being that I only
Know the mature and Kind man who helps everyone.
I was almost positive that I was given information
on the wrong Adam Honeycutt after being told details
of the case. He has made quite the positive reputation
here in our town and is looked up to by many. The
children all refer to him as "Uncle Bundy" and he
has been a positive influence and Rolemodel to
each and every one of them. Adam hopes to teach
right From wrong as this case proceeds. It sounds

as though responsibility

For his actions and wants it to be shown that in no way shape or Form is it ok to do what he did. I am personally proud of how he is trying to make this a life lesson to learn from instead of placing blame anywhere else. He made a mistake and is prepared for consequences. I cannot imagine what he is going through being away from his wife and daughters. Adam has worked hard to make a beautiful life for his Family. I know he is sorry for his actions and has learned from this situation.

I pray you have mercy come time for sentencing. God bless you, Adam, the Honeycutt Family and everyone working on the case.

Sincerely
Stephanie F Strickland

To: The Honorable Judge Harvey E. Schlesinger

U.S. District Court, Middle District of Florida

300 North Hogan Street

Jacksonville, FL 32203

I am writing this letter on behalf of Mr. Honeycutt's upcoming sentencing hearing. I hope that after reading this, you will find that Mr. Honeycutt is a decent person, who is asking for your forgiveness and mercy.

My name is Elizabeth Spittler. I am a thirty-year-old, Registered Nurse, born and raised in Southwest Florida. I currently still practice in my hometown, where I met Mr. Honeycutt almost 14 years ago. My sister, Samantha, and Mr. Honeycutt have been a couple since then. Together, they have three children. My one-year-old nephew, Archer and two little girls, Amelia and Aurora.

As I am aware, Mr. Honeycutt has plead guilty to a Federal charge. Although his actions were wrong and criminal, I am hoping that you will see him as more than that. He is a wonderful father, whom has always been there for his children, and peers.

I often visited Mr. Honeycutt, in Jacksonville, FL, where my sister and their children currently live. I would like to share a story about one of these visits, in the Summer of 2016. At that time, I had just completed nursing school. I was struggling to pay my bills and abusing alcohol. My life was off track, and Mr. Honeycutt knew it. He insisted that I come up to Jacksonville to live with him and my sister, for what we joked would be "Bundy's rehabilitation". Mr. Honeycutt goes by the nickname "Bundy", for his striking resemblance to Bud Bundy, an actor in the citcom titled Married with Children. During this 3-week period, Mr. Honeycutt encouraged me to wake up early every morning, exercise, and keep busy. Ultimately, helping to overcome my addiction to alcohol. He also paid for my NCLEX, which is a nationwide examination for licensing of nurses in the U.S. Without his support, I may not have become the person I am today.

There are countless times he has helped others in need. For instance, the time my husbands truck broke down, and he did not have the means to purchase a new vehicle. My husband, Travis Spittler is a retired veteran. He served six tours in Iraq and Afghanistan, both in the Marine Corp, and Army. When Mr. Honeycutt heard the news, he did not hesitate to help. The next day, Mr. Honeycutt had purchased a vehicle for my husband, and had it shipped down to Charlotte County, FL, so that my husband had transportation and would not lose his job. My husband was making small monthly payments on the vehicle, when unfortunately, Mr. Honeycutt was charged with federal offenses. In the emergent situation, and my sister needing my help, my husband and I drove up to Jacksonville to support their family during these difficult times. As a thank you, Mr. Honeycutt has gifted the car to my husband, and asked for no further payments.

This goes to show, that Mr. Honeycutt is a compassionate person, who truly cares about other people and will do anything to help, without even having been asked.

I do not write this letter to try to dim his crimes. I understand that he is guilty. However, he has admitted his guilt, and now only asks for forgiveness, and a chance to go home to his family. His one-year-old son is learning to walk and talk, and soon will forget his own father. The same father my nephew could not go to sleep without, in routine fashion, by being tucked in each night.

These events have negatively impacted our family, in many ways, and I am begging you to please see Mr. Honeycutt as the good-hearted person he truly is, and not judge him on a mistake he has made and has no intention of ever making again.

Thank you for taking the time to read this letter, as I am sure you are very busy. I appreciate all that you do and will accept your decision on his sentencing. I just pray that this letter helps you to better understand him as a person, and not another case file.

With regards,

Elizabeth Spittler, RN

5365 Shell Mound Cir, Punta Gorda FL, 33982

ecorwin@bucs.fsw.edu

Cell phone : (941) 585-5613

To:  The Honorable Judge Harvey E. Schlesinger

U.S. District Court, Middle District of Florida

300 North Hogan Street

Jacksonville, FL 32203


I am writing this letter on behalf of Mr. Honeycutt's upcoming sentencing hearing. I hope that after reading this, you will find that Mr. Honeycutt is truly apologetic for his poor actions and decisions, and deserves the chance to prove his self-reproach.

My name is Melissa Corwin. I am a fifty-four year old, business owner in Southwest Florida. I currently live in Punta Gorda, FL, where I met Mr. Honeycutt almost 14 years ago. My daughter, Samantha Corwin, and Mr. Honeycutt have been together ever since. They have three children. My one-year-old grandson Archer and two granddaughters, Amelia and Aurora.

Mr. Honeycutt often comes to visit during holidays, in which I first-hand witnessed his character, and how loving he is to my grandchildren. It saddens me to know, that he may possibly no longer be apart of their lives. My daughter, Samantha, is struggling to provide for her family, alone, both financially and emotionally. I can't bear to see her upset any longer and pray that Mr. Honeycutt is given the second chance at being a family man.

As I am aware, Mr. Honeycutt has plead guilty to a Federal charge. Although his actions were wrong and criminal, I am hoping that you will see him as more than that. He is a wonderful father, whom has always been there for his children, and my daughter.

I do not write this letter to try to dismiss his crimes. I understand that he is guilty. However, he has admitted his guilt, and now only asks for forgiveness, and a chance to go home to his family.

I am begging you to please see Mr. Honeycutt as the good-hearted person he truly is, and that knowing he is father, you will have mercy for my grandchildren's sake.

Thank you for taking the time to read this letter. I will accept any decision you make, as I'm sure it will be just. I just hope that my grandchildren will not grow up without their father in their life.

With regards,

Melissa Corwin

3163 Marine Terr.

Punta Gorda, FL, 33983

Antoine E. Sanders
3910 Pebble Brooke Cir S
Orange Park, FL 32065

Honorable Judge Harvey E. Schlesinger
U.S. District Court, Middle District of Florida
300 North Hogan Street
Jacksonville, FL 32202

This letter is to provide additional character information about Mr. Honeycutt regarding him as my neighbor before his criminal behavior with the capital. Before beginning to describe Mr. Adam Honeycutt. I would like to introduce myself to you. My name is Antoine Sanders and my family are immediate neighbors next door to his family. I work full time in the transportation industry as a Charter Pilot for an independent air charter company located in Jacksonville, Florida. I've been a pilot for over a decade, starting my career learning helicopters before now flying turbine jets for corporate and private personnel. Fast forward, I'm a 40 year old father of two beautiful children, husband to a very beautiful wife.

When Adam and his family moved in next door, they were a happy family in the neighborhood. There were times he personally cut my lawn after cutting his, being that I was often working and wasn't able to get to it right away. There was even a time he brought me a birthday gift.  When I heard about Adam in how he was detained by federal agents back in last April time frame, I was grieving in the fact he could be separated from his family for some time. I seen the joy he has with his children and significant other every time I'd seen them outside when passing by from and to work. He would offer assistance if I needed it when I was doing my yard. Majority of the small talk we had was about home improvement ideas or about him being a bails bondsman. So I was shocked to hear about him traveling to D.C. to protest and overhearing about what happened at the capital. Even though I do not know him personally, we were always friendly in passing by each other and I'd always observed how involved he was with his family.

Very Respectfully,

Antoine E. Sanders