UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.   CASE NO.: 1:22-cr-00050 (CJN)

ADAM AVERY HONEYCUTT

_____/

## DEFENDANT'S RESPONSE TO APPLICATION FOR ACCESS TO VIDEO EXHIBITS

The Defendant, Adam Honeycutt, by and through undersigned attorney, respectfully submits his position as to the Application for Access to Video Exhibits by Press Coalition, ECF 43, per the Court's Minute Order, dated September 26, 2022. Pursuant to the procedure outlined in Standing Order 21-28 (BAH) in *In re Press Coalition's Motion for Access to Video Exhibits and to Set Aside Standing Order No. 21-28*, Case No. 21-mc-87, the undersigned attorney acknowledges that the videos submitted to this Court may, under appropriate circumstances, be released. See Standing Order 21-28 (BAH), at 5-6.

The Defendant, however, after conferring with undersigned counsel has requested that his position of objecting to the release of said exhibits be voiced in this response. Mr. Honeycutt requests, to the extent any legal exceptions may apply to this case, that the Application be denied.

L. LEE LOCKETT

/s/ L. Lee Lockett
**L. LEE LOCKETT**
Florida Bar No.: 0128120
1548 The Greens Way, Suite 2
Jacksonville Beach, Florida 32250
904-858-9818
Attorney for Defendant
Email: lee@lockettlaw.net

I HEREBY CERTIFY that on the 21st day of October, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Kondi Kleinman, U.S. Attorney's Office.

L. LEE LOCKETT

/s/ L. Lee Lockett
**L. LEE LOCKETT**
Florida Bar No.: 0128120
1548 The Greens Way, Suite 2
Jacksonville Beach, Florida 32250
904-858-9818
Attorney for Defendant
Email: lee@lockettlaw.net